UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-61814

**YOEL PITALUGA NUNEZ**,
**DAYAMI ROLDAN CRUZ**,

    Petitioners,

v.

**GARRETT RIPA**, in his official capacity as
Field Office Director of U.S. Immigration and
Customs Enforcement Miami Field Office; *et al*.

    Respondents.

## ORDER

This cause comes before the Court upon review of the Petitioners' Motion for Expedited Consideration, Order to Show Cause, and Stay of Removal [DE 4]. The Court has considered the motion and the pertinent portion of the record. Being fully advised in the premises, it is hereby

1) **ORDERED** that Petitioners' Motion for Expedited Consideration, Order to Show Cause, and Stay of Removal **[DE 4]** is **GRANTED**.

2) Respondents shall "make a return certifying the true cause of the [petitioner's] detention," 28 U.S.C. § 2243, and respond to the Verified Petition for Writ of Habeas Corpus and Related Relief [DE 1] within (**3**) **days**. In support of the return, the Respondents shall include a copy of all documents relating to efforts to place Petitioners in expedited removal, and all other records bearing upon the "true cause of the [petitioner's] detention," 28 U. S. C. § 2243. The Petitioners may file a traverse within (**3**) **days** of the Respondents' filing of their return.

3) Further, oral argument is set for **10:00 a.m. on Thursday, September 25, 2025**, in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. **The Government shall secure whatever writs or orders necessary to ensure the Petitioners' presence at the hearing.**

1

**DONE AND ORDERED** in Fort Lauderdale, Florida, on September 16th, 2025.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE